MEMO ENDORSED

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL**

EMILY GOLUB
 of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY, FLA., AND D.C.
** AWAITING NY ADMISSION

LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

3/25/20

Granted

[signature]

March 24, 2020

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.,
New York, NY 10007-1312

Re:   **United States v. Mordechai Samet, 01 Cr. 216 (CM)**

Dear Judge McMahon:

We respectfully seek the Court's permission to file a reply to the Government's opposition to our motion to reduce Mr. Samet's sentence. We propose to reply on or before April 14, 2020. The Government consents to this request.

Respectfully,

Richard Levitt

cc: AUSA Margaret Feinzig (by ECF and email)